UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **5:22-cv-01612-MCS (MAA)** | Date: **January 23, 2023** |
| Title | **Eriberto Perez v. County of San Bernardino et al.** | |

| | |
|---|---|
| Present: | The Honorable MARIA A. AUDERO, United States Magistrate Judge |

| Narissa Estrada | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**   Order to Show Cause Why This Court Should Not Recommend Dismissal

On December 5, 2022, the Court issued an Order Dismissing Complaint With Leave to Amend ("Order"). (ECF No. 11.)  The Court ordered Plaintiff Eriberto Perez ("Plaintiff") to, no later than January 4, 2023, respond to the Order, either by filing a First Amended Complaint ("FAC"), asking the Court to reinstate the Complaint, or voluntarily dismissing the lawsuit. (*Id*. at 5–7.)  The Court cautioned Plaintiff that "**failure to respond to this Order may result in a recommendation that the lawsuit be dismissed without prejudice for failure to prosecute and/or failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).** *See* **C.D. Cal. L.R. 41-1**." (*Id*. at 7.)

To date, Plaintiff has filed neither a FAC nor otherwise responded to the Order.  Plaintiff is **ORDERED TO SHOW CAUSE** by **February 22, 2023** why the Court should not recommend that the case be dismissed for want of prosecution.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.  If Plaintiff files a FAC, request that the Court reinstate the Complaint, or a Notice of Dismissal (form attached to this order) on or before that date, this Order to Show Cause will be discharged, and no additional action need be taken.

**Plaintiff is advised that failure to comply with this order will result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**.  *See* **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachment: Notice of Dismissal