JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIBERTO PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SAN BERNARDINO, a public entity; SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT, a public entity; OFFICER BRANDON JARZOMBEK, individually; OFFICER KAELIN CHAN, individually; and DOES 1 through 10, individually,<br><br>    Defendants. | Case No. 5:22-cv-01612 HDV (MAAx)<br><br>[~~PROPOSED~~] JUDGMENT AFTER TRIAL BY JURY AND ORDER<br><br><br><br>Trial Date:    May 20, 2025 |

### JUDGMENT AFTER TRIAL BY JURY

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This action came on regularly for trial on May 20, 2025 in Courtroom 5B, 5th Floor of the United States District Court, before the Honorable Hernán D. Vera, United States District Court Judge. Plaintiff ERIBERTO PEREZ ("Plaintiff") was represented by Sara E. Yates and G. Warren Bleeker of Lewis Roca Rothgerber Christie LLP. The Defendants COUNTY OF SAN BERNARDINO, erroneously also

named as SAN BERNARDINO COUNTY SHERIFF'S DEPARTMENT and OFFICER BRANDON JARZOMBEK ("Defendants") were represented by Christopher P. Wesierski and Kathryn J. Harvey of Wesierski & Zurek, LLP.

A jury of eight (8) persons was regularly empaneled and sworn.

Witnesses were sworn and testified and documentary evidence was introduced and admitted into evidence. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the cause was submitted to the jury with directions to return a verdict on the issues, if after deliberations, they could do so. The jury deliberated and thereafter returned to the court with their unanimous verdict.

**THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

That judgment be, and hereby is, entered in favor of the Defendants COUNTY OF SAN BERNARDINO and OFFICER BRANDON JARZOMBEK and against the Plaintiff ERIBERTO PEREZ;

That the Plaintiff shall take nothing;

That Defendants shall recover costs as the prevailing party pursuant to FRCP 54.

DATED: May 27, 2025

_____
Honorable Hernán D. Vera
United States District Court Judge